AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, LLC, and Jonaton Grassi<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Brandegee Garden NY, LLC, et al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:25-cv-00561-SO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Brandegee Garden NY, LLC
c/o Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Klarfeld
UB GREENSFELDER LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 03/24/2025

/s/ Christopher Blair

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00561-SO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Brandegee Garden NY, LLC c/o Millennia Housing
was received by me on *(date)*   03/27/2025                   Development, Ltd.

◻ I personally served the summons on the individual at *(place)*
_____   on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Nicole Dayem, Legal Department   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Brandegee Garden NY,LLC
c/o Millennia Housing Development, Ltd.   on *(date)*   03/27/2025   ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   03/27/2025                        _____
                                                    *Server's signature*

                                         Shelly A. Gabor, Process Server
                                         _____
                                                    *Printed name and title*

                                         P.O. Box 93822, Cleveland, Ohio 44101
                                         _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, LLC, and Jonaton Grassi<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Brandegee Garden NY, LLC, et al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:25-cv-00561-SO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brandegee Garden NY MM, LLC
c/o Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joshua A. Klarfeld
UB GREENSFELDER LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date: 03/24/2025  _____

/s/ Christopher Blair
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00561-SO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Brandegee Garden NY MM, LLC. c/o Millennia Housing Development, Ltd.

was received by me on *(date)*   03/27/2025

❏ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Nicole Dayem, Legal Department   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Brandegee Garden NY MM, LLC

c/o Millennia Housing Development, Ltd   on *(date)*   03/27/2025   ; or

❏ I returned the summons unexecuted because                                   ; or

❏ Other *(specify):*

My fees are $                for travel and $                for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   03/27/2025

*Server's signature*

Shelly A. Gabor, Process Server
*Printed name and title*

P.O. Box 93822, Cleveland, Ohio 44101
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, LLC, and Jonaton Grassi | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 1:25-cv-00561-SO |
| Brandegee Garden NY, LLC, et al. | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Buck Apartments NY MM, LLC
c/o Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Klarfeld
UB GREENSFELDER LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 03/24/2025

/s/ Christopher Blair

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.
    1:25-cv-00561-SO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Buck Apartments NY MM, LLC c/o Millennia Housing
was received by me on *(date)*    03/27/2025      , Development, Ltd.

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Nicole Dayem, Legal Department    , who is
designated by law to accept service of process on behalf of *(name of organization)* Buck Apartments NY MM, LLC

c/o Millennia Housing Development, Ltd   on *(date)*   03/27/2025   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   03/27/2025

                             *Server's signature*

                 Shelly A. Gabor, Process Server
                           *Printed name and title*

                 P.O. Box 93822, Cleveland, Ohio 44101

                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Ohio

| | |
|---|---|
| RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, LLC, and Jonaton Grassi | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-00561-SO |
| Brandegee Garden NY, LLC, et al. | ) ) ) |
| _____ | ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Buck Apartments NY, LLC
c/o Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Klarfeld
UB GREENSFELDER LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 03/24/2025    /s/ Christopher Blair

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00561-SO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Buck Apartments NY, LLC c/o Millennia Housing Development, Ltd.

was received by me on *(date)* 03/27/2025

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nicole Dayem, Legal Department , who is

designated by law to accept service of process on behalf of *(name of organization)* Buck Apartments NY, LLC

c/o Millennia Housing Development, Ltd. on *(date)* 03/27/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/27/2025

*Shelly A. Gabor*
Server's signature

Shelly A. Gabor, Process Server
Printed name and title

P.O. Box 93822, Cleveland, Ohio 44101
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz,
LLC, and Jonaton Grassi

|                                    |                                   |
|------------------------------------|-----------------------------------|
| *Plaintiff(s)*                     |                                   |
| v.                                 | Civil Action No. 1:25-cv-00561-SO |
| Brandegee Garden NY, LLC, et al.   |                                   |
| *Defendant(s)*                     |                                   |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Cooper Apartments NY MM, LLC
c/o Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Klarfeld
UB GREENSFELDER LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date: 03/24/2025

/s/ Christopher Blair

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.
　　　1:25-cv-00561-SO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*　Cooper Apartments NY MM, LLC  c/o Millennia
was received by me on *(date)*　03/27/2025　　Housing Development, Ltd.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*　Nicole Dayem, Legal Department　　, who is
designated by law to accept service of process on behalf of *(name of organization)*　Cooper Apartments NY MM, LL(

c/o Millennia Housing Development, Ltd.　on *(date)*　03/27/2025　; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $　0.00　.

I declare under penalty of perjury that this information is true.

Date:　03/27/2025

　　　　　　　　　　　　　　　*Shelly A. Gabor*
　　　　　　　　　　　　　　　　*Server's signature*

　　　　　　　　　　　Shelly A. Gabor, Process Server
　　　　　　　　　　　　　*Printed name and title*


　　　　　　　　　　　P.O. Box 93822, Cleveland, Ohio 44101
　　　　　　　　　　　　　　*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, LLC, and Jonaton Grassi<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Brandegee Garden NY, LLC, et al.<br><br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:25-cv-00561-SO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cooper Apartments NY, LLC
c/o Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Klarfeld
UB GREENSFELDER LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 03/24/2025

/s/ Christopher Blair

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.
1:25-cv-00561-SO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Cooper Apartments NY, LLC c/o Millennia Housing
was received by me on *(date)*   03/27/2025                      Development, Ltd.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there.

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Nicole Dayem, Legal Department           , who is
designated by law to accept service of process on behalf of *(name of organization)*   Cooper Apartments NY, LLC
c/o Millennia Housing Development, Ltd.   on *(date)*   03/27/2025   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   03/27/2025

_____
*Server's signature*

Shelly A. Gabor, Process Server
_____
*Printed name and title*


P.O. Box 93822, Cleveland, Ohio 44101
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Ohio

| | |
|---|---|
| RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, LLC, and Jonaton Grassi | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-00561-SO |
| Brandegee Garden NY, LLC, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Knamm Apartments NY MM, LLC
c/o Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joshua A. Klarfeld
UB GREENSFELDER LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date: 03/24/2025                                    /s/ Christopher Blair

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00561-SO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Knamm Apartments NY MM, LLC c/o Millennia Housing Department, Ltd.

was received by me on *(date)*  03/27/2025

❏ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Nicole Dayem, Legal Department , who is

designated by law to accept service of process on behalf of *(name of organization)*  Knamm Apartments NY MM, LLC
c/o Millennia Housing Development, Ltd  on *(date)* 03/27/2025 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  03/27/2025

_____
*Server's signature*

Shelly A. Gabor, Process Server

_____
*Printed name and title*

P.O. Box 93822, Cleveland, Ohio 44101

_____
*Server's address*

Additional information regarding attempted service, etc:
here

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, )
LLC, and Jonaton Grassi )
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:25-cv-00561-SO
Brandegee Garden NY, LLC, et al. )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Knamm Apartments NY, LLC
c/o Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Klarfeld
UB GREENSFELDER LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SANDY OPACICH, CLERK OF COURT

Date: 03/24/2025                                      /s/ Christopher Blair

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

1:25-cv-00561-SO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Knamm Apartments NY, LLC c/o Millennia Housing

was received by me on *(date)*    03/27/2025    . Development, Ltd.

◻ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Nicole Dayem, Legal Department    , who is

designated by law to accept service of process on behalf of *(name of organization)*  Knamm Apartments NY, LLC

c/o Millennia Housing Development, Ltd.  on *(date)*    03/27/2025    ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    03/27/2025

*Server's signature*

Shelly A. Gabor, Process Server
*Printed name and title*


P.O. Box 93822, Cleveland, Ohio 44101
*Server's address*

Additional information regarding attempted service, etc:

Type text here

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, LLC, and Jonaton Grassi | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Brandegee Garden NY, LLC, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:25-cv-00561-SO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Millennia Housing Management, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joshua A. Klarfeld
> UB GREENSFELDER LLP
> 1660 W. 2nd Street, Suite 1100
> Cleveland, OH 44113
> jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 03/24/2025



/s/ Christopher Blair

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

    1:25-cv-00561-SO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Millennia Housing Management, Ltd.

was received by me on *(date)*    03/27/2025

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ : or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Nicole Dayem, Legal Department    , who is

designated by law to accept service of process on behalf of *(name of organization)*    Millennia Housing

  Management, Ltd.            on *(date)* 03/27/2025    : or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:    03/27/2025

                              *Server's signature*

                 Shelly A. Gabor, Process Server

                           *Printed name and title*

                 P.O. Box 93822, Cleveland, Ohio 44101

                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, LLC, and Jonaton Grassi | ) ) ) ) | |
| _____ *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 1:25-cv-00561-SO |
| Brandegee Garden NY, LLC, et al. | ) ) ) | |
| _____ *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Joshua A. Klarfeld
        UB GREENSFELDER LLP
        1660 W. 2nd Street, Suite 1100
        Cleveland, OH 44113
        jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SANDY OPACICH, CLERK OF COURT*

Date: 03/24/2025                              /s/ Christopher Blair

                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.
1:25-cv-00561-SO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Millennia Housing Development, Ltd.

was received by me on *(date)*   03/27/2025

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Nicole Dayem, Legal Department   , who is

designated by law to accept service of process on behalf of *(name of organization)* Millennia Housing

Development, Ltd. _____ on *(date)*   03/27/2025   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   03/27/2025

*Server's signature*

Shelly A. Gabor, Process Server
*Printed name and title*

P.O. Box 92833, Cleveland, Ohio 44101
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, LLC, and Jonaton Grassi<br><br><br>――――――――――――――――――――<br>*Plaintiff(s)*<br>v.<br>Brandegee Garden NY, LLC, et al.<br><br><br>――――――――――――――――――――<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:25-cv-00561-SO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Village Point NY, LLC
c/o Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Klarfeld
UB GREENSFELDER LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SANDY OPACICH, CLERK OF COURT

Date: 03/24/2025

/s/ Christopher Blair
――――――――――――――――――――
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00561-SO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Village Point NY, LLC c/o Millennia Housing
was received by me on *(date)*   03/27/2025   Development, Ltd

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nicole Dayem, Legal Department _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Village Point NY LLC
c/o Millennia Housing Development, Ltd. on *(date)* 03/27/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   03/27/2025

_Shelly A. Gabor_
Server's signature

Shelly A. Gabor, Process Server
Printed name and title

P.O. Box 93822, Cleveland, Ohio 44101
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz,<br>LLC, and Jonaton Grassi<br><br>_____<br><em>Plaintiff(s)</em><br>v.<br>Brandegee Garden NY, LLC, et al.<br><br>_____<br><em>Defendant(s)</em></td>
<td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td>
<td>Civil Action No. 1:25-cv-00561-SO</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Village Point NY MM, LLC
c/o Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Klarfeld
UB GREENSFELDER LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 03/24/2025



/s/ Christopher Blair

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

1:25-cv-00561-SO

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Village Point NY MM, LLC c/o Millennia Housing
was received by me on *(date)*   03/27/2025    Development, Ltd.

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Nicole Dayem, Legal Department    , who is

designated by law to accept service of process on behalf of *(name of organization)* Village Point NY MM, LLC

Millennia Housing Development, Ltd.    on *(date)*   3/27/2025    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:  3/27/2025

*Shelly A. Gabor*
Server's signature

Shelly A. Gabor, Process Server

Printed name and title


P.O. Box 93822, Cleveland, Ohio 44101

Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, LLC, and Jonaton Grassi | ) ) ) ) |
| _____ *Plaintiff(s)* | ) ) ) |
| v. | ) Civil Action No. 1:25-cv-00561-SO |
| Brandegee Garden NY, LLC, et al. | ) ) ) |
| _____ *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　Genesee Tower NY MM, LLC
c/o Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joshua A. Klarfeld
UB GREENSFELDER LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 03/24/2025　　　　　　　　　　　　　　　/s/ Christopher Blair
_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.
1:25-cv-00561-SO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Genesee Tower NY MM, LLC c/o Millennia Housing
was received by me on *(date)*   03/27/2025                Development, Ltd.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Nicole Dayem, Legal Department        , who is

designated by law to accept service of process on behalf of *(name of organization)*   Genesee Tower NY MM, LLC

c/o Millennia Housing Development, Ltd   on *(date)*   03/27/2025      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   03/27/2025

                                    _____
                                                Server's signature

                                    Shelly A. Gabor, Process Server
                                    _____
                                                Printed name and title

                                    P.O. Box 93822, Cleveland, Ohio 44101
                                    _____
                                                Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Ohio

| | |
|---|---|
| RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, LLC, and Jonaton Grassi | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Brandegee Garden NY, LLC, et al. | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No. 1:25-cv-00561-SO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Genesee Tower NY, LLC
c/o Millennia Housing Development, Ltd.
4000 Key Tower, 127 Public Square
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Klarfeld
UB GREENSFELDER LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 03/24/2025



/s/ Christopher Blair

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.
1:25-cv-00561-SO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Genesee Tower NY, LLC c/o Millennia Housing
was received by me on *(date)*   03/27/2025     Development, Ltd.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Nicole Dayem, Legal Department   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Genesee Tower NY, LLC
c/o Millennia Housing Development, Ltd.   on *(date)*   03/27/2025   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   03/27/2025

_____
*Server's signature*

Shelly A. Gabor, Process Server
_____
*Printed name and title*

P.O. Box 93822, Cleveland, Ohio 44101
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Alias Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| RIK IOF Millennia Buck Portfolio, LLC; Lobo Feroz, LLC, and Jonaton Grassi | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| Brandegee Garden NY, LLC, et al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.  1:25-CV-00561

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Frank T. Sinito
6820 Eagle Mills Road
Willoughby, OH 44094

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Klarfeld
UB GREENSFELDER LLP 1660
W. 2nd Street, Suite 1100
Cleveland, OH 44113
jklarfeld@ubglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:  3/28/2025

s/ A. Faluski

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Alias Summons in a Civil Action (Page 2)

Civil Action No.   1:25-CV-00561

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Frank T. Sinito

was received by me on *(date)*    03/31/2025          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*   Melissa

who acknowledged to me she lives at , a person of suitable age and discretion who resides there,
this address.
on *(date)*   03/31/2025          , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00        .

I declare under penalty of perjury that this information is true.

Date:    03/31/2025

*Shelly A. Gabor*
*Server's signature*

Shelly A. Gabor, Process Server
*Printed name and title*

P.O. Box 93822, Cleveland, Ohio 44101
*Server's address*

Additional information regarding attempted service, etc: